**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **AcuSport Corporation** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **Successor in Interest to ARS Business Solutions LLC (merged into Debtor effective 12/31/12)** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **34-1355555** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **One Hunter Place** **Bellefontaine, OH 43311** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Logan** County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **www.acusport.com** |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor      **AcuSport Corporation**
<br>Name                                                                Case number (*if known*)

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
<br>   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   **4239**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

Debtor  **AcuSport Corporation**                                             Case number (*if known*) _____
Name

---

**11. Why is the case filed in** *Check all that apply:*
**this district?**

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or**   ☑ No
**have possession of any**
**real property or personal**   ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of** .      *Check one:*
**available funds**

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**
**creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☑ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☑ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **AcuSport Corporation**                                    Case number (*if known*) _____
        Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 1, 2018**
             MM / DD / YYYY

**X** **/s/ John K. Flanagan**                                    **John K. Flanagan**
   Signature of authorized representative of debtor                Printed name

Title   **Chief Financial Officer**

**18. Signature of attorney**

**X** **/s/ Thomas R. Allen**                          Date   **May 1, 2018**
   Signature of attorney for debtor                            MM / DD / YYYY

**Thomas R. Allen 0017513**
Printed name

**Allen Kuehnle Stovall & Neuman LLP**
Firm name

**17 South High Street**
**Suite 1220**
**Columbus, OH 43215**
Number, Street, City, State & ZIP Code

Contact phone   **(614) 221-8500**      Email address   **allen@aksnlaw.com**

**0017513 OH**
Bar number and State

ACTION OF THE BOARD OF DIRECTORS

TAKEN BY WRITTEN CONSENT IN LIEU OF MEETING

[Pursuant to Ohio Revised Code § 1701.54]

April 30, 2018

*AUTHORIZATION OF FILING CHAPTER 11 BANKRUPTCY*

WHEREAS, the Board of Directors of AcuSport Corporation, (the "Company"), an Ohio for-profit corporation, have reviewed and considered the materials presented by the management and the advisors of Company regarding the liabilities and liquidity situation of Company, the strategic alternatives available to it, and impact of the foregoing on Company's businesses; and

WHEREAS, the Board of Directors has had the opportunity to consult with the management and the advisors of Company and fully consider each of the strategic alternatives available to Company; and

WHEREAS, Company, through its duly elected Board of Directors, deems it advisable and in the best interests of Company, its creditors, and all parties in interest to seek protection under Chapter 11 of Title 11 of the United States Code, and to employ competent professional assistance to guide Company through its reorganization process.

RESOLVED, that Company be, and hereby is, authorized to file a petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Ohio, Eastern Division (the "Bankruptcy Case").

RESOLVED FURTHER, that William L. Fraim, chair and chief executive officer, James A. Broering, president and chief operating officer, John K. Flanagan, chief financial officer, treasurer and secretary, or any one of them, or any person or persons so designated by the Board of Directors (collectively, the "Authorized Officers"), acting singularly or jointly, on behalf of Company, be, and hereby are, authorized to execute and file on behalf of Company any and all petitions for relief, papers, and other documents which are proper and necessary to initiate the Bankruptcy Case, together with any and all other papers and documents incidental thereto.

RESOLVED FURTHER, that the Authorized Officers, be and they hereby are authorized to execute and file (or direct others to do so on their behalf as provided herein) on behalf of Company all necessary documents, including, without limitations, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers or documents, and to take any and all action that they deem necessary or proper to obtain the relief described herein.

RESOLVED FURTHER, that Company be, and hereby is, authorized to retain the law firms of Bryan Cave Leighton Paisner LLP and Allen Kuehnle Stovall & Neuman LLP as legal counsel to represent and assist Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance Company's rights and obligations; and in connection therewith, the Authorized Officers of Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Bryan Cave Leighton Paisner LLP and Allen Kuehnle Stovall & Neuman LLP.

11470648.8

RESOLVED FURTHER, that the Authorized Officers are, and each of them hereby is, authorized and directed to enter into the proposed Asset Purchase Agreement (the "APA") with Ellett Brothers, LLC or its affiliate for the sale of substantially all of Company's assets, and each of the ancillary documents to be entered into in connection therewith (the "Transaction Documents"), and to enter into the transactions and obligations contemplated by the APA and the Transaction Documents, subject to bankruptcy court approval in the Bankruptcy Case, on substantially the terms presented to the Board of Directors.

RESOLVED FURTHER, that the Authorized Officers are, and each of them hereby is, authorized and directed to retain Huron Transaction Advisory LLC ("HTA") as investment banker to Company, to execute retention agreements, pay retainers prior to, and, immediately upon and after the filing of the Bankruptcy Case, to execute and cause to be filed an application for authority to retain HTA as Company's investment banker.

RESOLVED FURTHER, that the Authorized Officers are, and each of them hereby is, authorized and directed to retain and employ Huron Consulting Services LLC ("Huron Consulting") as financial advisor, to execute retention agreements, pay retainers prior to, and, immediately upon and after the filing of the Bankruptcy Case, to execute and cause to be filed an application for authority to retain Huron Consulting as Company's financial advisor.

RESOLVED FURTHER, that the Authorized Officers are, and each of them hereby is, authorized and directed to retain Donlin, Recano & Company, Inc. ("DRC") as claims, noticing and solicitation agent, to execute retention agreements, pay retainers prior to, and, immediately upon and after the filing of the Bankruptcy Case, to execute and cause to be filed an application for authority to retain the services of DRC as claims, noticing and solicitation agent.

RESOLVED FURTHER, that in connection with the Bankruptcy Case, any Authorized Officer be, and each hereby is, authorized and empowered on behalf and in the name of Company, to negotiate, execute, deliver, and perform or cause the performance of: (i) that certain Postpetition Agreement, by and among Company, as Borrower, Wells Fargo Bank, N.A., as Administrative Agent, and Wells Fargo Bank, N.A., Regions Bank, Citizens Bank, and Huntington National Bank, as Lenders (as amended, modified, supplemented or restated, the "Postpetition Agreement"), on substantially the terms and subject to the conditions described to the Board and as set forth in the Postpetition Agreement or as may hereafter be authorized by the Board; (ii) any and all transactions contemplated by the Postpetition Agreement, including, without limitation, the payment of any fees and expenses payable under the Postpetition Documents (defined therein) and the grant of security interests in and liens upon (including priming liens) some, any or all of Company's assets, as any such Authorized Officers executing the same may consider necessary, proper or desirable, such determination to be evidenced by such execution (the "Authorized Financing Transactions"); (iii) the "Prepetition Documents" as that term is defined in the Postpetition Agreement to which Company is a party and any and all agreements or instruments on behalf of Company (including, without limitation, in connection therewith, such notes, security agreements, pledge agreements, mortgages, guarantees, fee letters, bailee letters, collateral access agreements, deposit account control agreements, securities account control agreements, and other agreements or instruments on behalf of Company (such other agreements and instruments, together with the Postpetition Agreement, the other Postpetition Documents and the Prepetition Documents, collectively, the "Financing Documents") necessary or advisable in order to consummate the transactions contemplated under the Financing Documents, the performance of Company's obligations and grant of security interest

11470648.7

contemplated thereby, with such changes to the Financing Documents or additions thereto as the Authorized Officer executing the same shall approve as being necessary or desirable, such approval to be evidenced by such execution; and (iv) any and all amendments, supplements and changes to the Financing Documents, as any such Authorized Person executing the same may consider necessary, proper or desirable, such determination to be evidenced by such execution.

RESOLVED FURTHER, that the form, terms and provisions of the Postpetition Agreement and each of the other Postpetition Documents to which Company is a party be, and the same hereby are, in all respects approved, and that any Authorized Officer is hereby authorized and empowered, in the name of and on behalf of Company, to execute and deliver the Postpetition Agreement and each of the Postpetition Documents to which Company is a party, each in the form or substantially in the form thereof submitted to the Board, with such changes, additions and modifications thereto as any such Authorized Person executing the same may consider necessary, proper, or desirable, such determination to be evidenced by such execution.

RESOLVED FURTHER, that each of the Authorized Officers be, and hereby is, authorized and empowered to take all such further actions including, without limitation, to pay all fees and expenses, in connection with the Authorized Financing Transactions, to arrange for and enter into supplemental agreements, amendments, instruments, certificates, or documents contemplated by the Authorized Financing Transactions and to execute and deliver all such supplemental agreements, amendments, instruments, certificates, or documents in the name and on behalf of Company under its corporation seal or otherwise, which shall in their sole judgment be necessary, proper, or advisable in order to perform the Company's obligations under or in connection with the Authorized Financing Transactions, and to carry out fully the intent of the foregoing resolutions.

RESOLVED FURTHER, that each of the Authorized Officers be, and hereby is, authorized and empowered to execute and deliver any amendments, amendments and restatements, supplements, modifications, renewals, replacements, consolidations, substitutions, and extensions of the Authorized Financing Transactions which shall in their sole judgment be necessary, proper or advisable.

RESOLVED FURTHER, that each of the Authorized Officers of Company, jointly, or any one or more of them individually, is hereby authorized and directed, after consultation with legal counsel for Company, to take in the name and on behalf of Company, any and all action as necessary to effect the matters set forth in or reasonably contemplated by the foregoing resolutions, including without limitation the execution and delivery of any additional agreements, certificates, waivers, consents, amendments, or other agreements or instruments deemed appropriate by such Authorized Officer or Authorized Officers, the payment of all fees, including recording and filing fees, and the observance and performance of Company's obligations, and the enforcement of Company's rights thereunder or otherwise with respect to such matters.

RESOLVED FURTHER, that all actions previously taken or that will be taken by any Authorized Officer of Company in connection with or related to the matters set forth in or reasonably contemplated by the foregoing resolutions be, and each of them hereby is, adopted, ratified, confirmed and approved in all respects as the acts and deeds of Company.

RESOLVED FURTHER, that any prior resolutions of the Board of Directors to the contrary are hereby superseded and of no further force and effect.

11470648.7

IN WITNESS WHEREFORE this unanimous written consent of the Board of Directors of Company is hereby executed and adopted as of the date first above written.

BOARD OF DIRECTORS:

*Tom Britt*

Thomas E. Britt

*Andy Harris*

Andrew M. Harris

*Mike Perry*

Michael K. Perry

*David Ray*

David K. Ray

*Bill Fraim*

William L. Fraim

*Jim Broering*

James R. Broering

11470648.7

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** AcuSport Corporation |
| **United States Bankruptcy Court for the:** Southern District of Ohio |
| **Case number (if known):** 18-_____ |

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | VISTA OUTDOOR 900 EHLEN DRIVE ANOKA MN 55303-1778 | JAMES HANUS jim.hanus@vistaoutdoor.com Tel: 763-323-2485 Fax: 763-323-2504 | Trade Debts | ☐ C ☑ U ☐ D | | | $11,294,785.29 |
| 2 | REMINGTON ARMS CO. 870 REMINGTON DRIVE MADISON NC 27025-0700 | DELEIA HUTCHERSON deleia.hutcherson@remington.com Tel: 336-548-8679 Fax: 336-548-7879 | Trade Debts | ☐ C ☑ U ☐ D | | | $3,670,306.31 |
| 3 | DANIEL DEFENSE 101 WARFIGHTER WAY BLACK CREEK GA 31308 | ROGER MUSTIAN rmustian@danieldefense.com Tel: 912-851-3280 Fax: 912-851-3311 | Trade Debts | ☐ C ☐ U ☐ D | | | $1,952,430.39 |
| 4 | SPRINGFIELD, INC. 420 W MAIN ST. GENESEO IL 61254-1524 | DENNIS REESE dennisr@springfield-armory.com Tel: 309-944-5631 | Trade Debts | ☐ C ☑ U ☐ D | | | $1,920,342.33 |
| 5 | HENRY REPEATING ARMS CO. 59 EAST 1ST STREET BAYONNEN NJ 07002 | ANTHONY IMPERATO anthony@henryusa.com Tel: 201-858-4400 Fax: 201-858-4435 | Trade Debts | ☐ C ☐ U ☐ D | | | $1,595,281.32 |
| 6 | PMC AMMUNITION, INC. 10777 WESTHEIMER RD. HOUSTON TX 77042 | ENZA COHN enza.cohn@pmcammo.com Tel: 818-458-4688 | Trade Debts | ☐ C ☐ U ☐ D | | | $1,394,677.91 |
| 7 | RICK ROBISON Address Intentionally Omitted | RICK ROBISON Tel: 937-935-9861 | Deferred Compensation | ☐ C ☑ U ☐ D | | | $1,262,603.00 |
| 8 | STURM, RUGER & COMPANY, INC. ONE LACEY PLACE SOUTHPORT CT 06890 | THOMAS DINEEN tdineen@ruger.com Tel: 203-319-2485 Fax: 203-254-2195 | Trade Debts | ☐ C ☑ U ☐ D | | | $889,054.34 |

Debtor   **AcuSport Corporation**                                                        Case number *(if known)* **18-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | LEUPOLD & STEVENS INC. 14400 NW Greenbrier Pkwy BEAVERTON OR 97006-5790 | HOWARD WERTH hwerth@Leupold.com Tel: 503-526-1456 | Trade Debts | ☐ C ☑ U ☐ D | | | $819,581.28 |
| 10 | O.F. MOSSBERG & SONS, INC. 7 GRASSO AVENUE NORTH HAVEN CT 06473 | PAUL CHARTIER pchartier@mossberg.com Tel: 203-230-5383 | Trade Debts | ☐ C ☑ U ☐ D | | | $725,764.40 |
| 11 | FN AMERICA LCC 7918 JONES BRANCH DRIVE SUITE 400 MCLEAN VA 22102 | JOHN FREILING John.Freiling@fnhusa.com Tel: 703-288-3500 | Trade Debts | ☐ C ☐ U ☐ D | | | $716,355.17 |
| 12 | COLT'S MANUFACTURING CO., INC. 545 NEW PARK AVE. WEST HARTFORD CT 06110 | MARTIN NEWTON mnewton@colt.com Tel: 860-236-6311 | Trade Debts | ☐ C ☐ U ☐ D | | | $714,045.10 |
| 13 | KEL-TEC CNC INDUSTRIES INC 1505 COX ROAD COCOA FL 32926 | DEREK KELLGREN dkellgren@keltecweapons.com Tel: 321-631-0068 | Trade Debts | ☐ C ☑ U ☐ D | | | $631,351.10 |
| 14 | HECKLER & KOCH, INC. 5675 TRANSPORT BLVD., SUITE 200 COLUMBUS GA 31907 | MIKE HOLLEY michael.holley@heckler-koch-us.com Tel: 706-568-1906 | Trade Debts | ☐ C ☑ U ☐ D | | | $629,803.62 |
| 15 | HORNADY 3625 WEST OLD POTASH HWY GRAND ISLAND NE 68803 | CARLA ROBERTSON crobertson@hornady.com Tel: 308-382-1390 | Trade Debts | ☐ C ☐ U ☐ D | | | $605,281.15 |
| 16 | ARMSCOR PRECISION INTERNATIONAL 150 NORTH SMART WAY PAHRUMP NV 89060 | DUSTIN JONES dustinjones@armscor.com Tel: 775-751-4444 | Trade Debts | ☐ C ☐ U ☐ D | | | $603,786.72 |
| 17 | GLOCK INC. 6000 HIGHLANDS PARKWAY SMYRNA GA 30082 | JACOB WITTEN jacob.witten@glock.us Tel: 770-319-4791 | Trade Debts | ☐ C ☐ U ☐ D | | | $587,432.68 |
| 18 | SIG SAUER INC 72 PEASE BLVD NEWINGTON NH 03801 | STANLEY BAUMGARTNER stan.baumgartner@sigsauer.com Tel: 603-610-3111 Fax: 603-610-3013 | Trade Debts | ☐ C ☐ U ☐ D | | | $584,000.87 |
| 19 | OMNI HOTELS 1300 HOUSTON STREET FORT WORTH TX 76102 | LISA REYES Tel: 817-350-4056 Fax: 817-886-4554 | Trade Debts | ☑ C ☑ U ☐ D | | | $563,216.00 |
| 20 | HENRY WISCONSIN LLC 107 WEST COLEMAN STREET RICE LAKE WI 54868 | ANTHONY IMPERATO anthony@henryusa.com Tel: 201-858-4400 Fax: 201-858-4435 | Trade Debts | ☐ C ☐ U ☐ D | | | $465,598.99 |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| In re: | Chapter 11 |
| ACUSPORT CORPORATION, | Case No. 18-_____ (___) |
| Debtor. | |

**CERTIFICATION CONCERNING LIST**
**OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

The debtor and debtor in possession (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *List of Creditors who Have the 20 Largest Unsecured Claims and Are Not Insiders* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of May, 2018, at Bellefontaine, Ohio.

/s/ John K. Flanagan
John K. Flanagan
Chief Financial Officer

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | Chapter 11 |
| ACUSPORT CORPORATION, | Case No. 18-_____ (___) |
| Debtor. | |

**LIST OF EQUITY HOLDERS**

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, the

following identifies all holders having a direct or indirect ownership interest, of the above-

captioned debtor in possession.

| Name and Last Known Address of Equity Interest Holder | Type of Equity Interest | Percentage of Interest |
|---|---|---|
| William L. Fraim, as Trustee of the William L. Fraim Trust dated September 3, 1986, as amended 1333 Omaha Road Bellefontaine, OH 43311 | Class A and Class B | 66.01% |
| James A. Broering, as Trustee under the James A. Broering Declaration of Trust dated December 23, 2002 6682 Traquair Place Dublin, OH 43016 | Class A and Class B | 27.99% |
| Key National Trust Company of Delaware, as Trustee of the 2012 Fraim Family Trust 1105 North Market Street, Suite 500 Wilmington, DE 19801 Attn:  Isabel A. Pryor | Class B | 6.00% |

I, John K. Flanagan, the undersigned Chief Financial Officer of AcuSport Corporation, named as the debtor in this case, declare under penalty of perjury that I have read the list of equity security holders and that it is true and correct to the best of my information and belief.

Executed this 1st day of May, 2018, at Bellefontaine, Ohio.

/s/ John K. Flanagan
John K. Flanagan
Chief Financial Officer

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO

In re:                                                      Chapter 11

ACUSPORT CORPORATION,                                       Case No. 18-_____ (___)

                                    Debtor.

**VERIFIED STATEMENT OF DEBTOR REGARDING CORPORATE
OWNERSHIP PURSUANT TO RULES 1007 AND 7007.1 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE**

In accordance with Rules 1007 and 7007.1 of the Federal Rules of Bankruptcy

Procedure, the Debtor submits the following information:

☐  The following entity directly or indirectly owns 10% or more of any class of the

above-captioned Debtor's equity interests:

☐  (Additional names are attached hereto)

☒  There are no entities that directly or indirectly own 10% or more of any class of

the Debtor's equity interest.

I, John K. Flanagan, as Chief Financial Officer of the debtor in this chapter 11

case, declare under penalty of perjury that I have reviewed the list and that it is true and correct

as of May 1, 2018, to the best of my knowledge, information and belief.

Executed this 1st day of May, 2018, at Bellefontaine, Ohio.

/s/ John K. Flanagan
John K. Flanagan
Chief Financial Officer