## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AcuSport Corporation, | ) | Case No. 18-52736 |
| | ) | |
| Debtor. | ) | Honorable John E. Hoffman, Jr. |

### NOTICE OF CLOSING OF SALE OF CERTAIN OF DEBTOR'S ASSETS AND ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT THERETO

**PLEASE TAKE NOTICE** that on June 28, 2018, the United States Bankruptcy Court for the Southern District of Ohio (the "*Court*") entered the *Order (I) Approving and Authorizing Sale of Certain of Debtor's Assets Pursuant to Successful Bidder's Asset Purchase Agreement, Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (III) Granting Related Relief* [Dkt. No. 230] (the "*Sale Order*"), which, among other things: (i) authorized the sale of certain of the assets of AcuSport Corporation, the debtor and debtor in possession ("*Debtor*"), free and clear of liens, claims, encumbrances, and other interests (the "*Sale*"), to Ellett Brothers, LLC ("*Buyer*"); (ii) approved the assumption and assignment of certain executory contracts and unexpired leases related to such Sale and resolved all objections related thereto, including with respect to proposed cure amounts; and (iii) granted certain other and further relief as set forth therein.

**PLEASE TAKE FURTHER NOTICE** that Debtor and Buyer consummated the transactions authorized by the Sale Order (the "*Closing*") on June 29, 2018 (the "*Closing Date*").

**PLEASE TAKE FURTHER NOTICE** that, effective on the Closing Date as of the Closing of the Sale, and in accordance with the Sale Order, Debtor has assumed and assigned to Buyer the executory contracts and unexpired leases set forth on Exhibit 1 hereto (each, an "*Assigned Contract*"). In addition, the cure amounts, if any, authorized to be paid in satisfaction of all amounts and obligations due and owing under each Assigned Contract by Debtor pursuant to the Sale Order, including any monetary defaults and compensation for pecuniary losses, are set forth on Exhibit 1.

Date:  July 2, 2018　　　　　　　　　　　Respectfully submitted,

*/s/  Thomas R. Allen*
Thomas R. Allen (0017513)
Richard K. Stovall (0029978)
J. Matthew Fisher (0067192)
Erin L. Gapinski (0084984)
ALLEN KUEHNLE STOVALL & NEUMAN LLP
17 South High Street, Suite 1220
Columbus, Ohio 43215
Tel: (614) 221-8500
allen@aksnlaw.com
stovall@aksnlaw.com
fisher@aksnlaw.com
gapinski@aksnlaw.com

*Local Counsel for Debtor and*
*Debtor in Possession, AcuSport Corporation*

**BRYAN CAVE LEIGHTON PAISNER LLP**

Jason J. DeJonker, admitted *pro hac vice*
161 N. Clark Street, Suite 4300
Chicago, IL 60601
Tel: (312) 602-5000
jason.dejonker@bclplaw.com

and

Cullen Kuhn, admitted *pro hac vice*
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102
Tel:  (314) 259-2000
ckkuhn@bclplaw.com

*Counsel for Debtor and*
*Debtor in Possession, AcuSport Corporation*

# **EXHIBIT 1**

| **Assigned Contract or Lease** | **Name And Contact Information Of Counterparty** | **Cure Amount** |
|---|---|---|
| Lease Agreement dated April 9, 2007, by and between AcuSport Corporation, as lessee, and West River Business Park Partnership, LLC, as successor in interest to WestPath LLP, as lessor, as amended by: (a) that certain First Amendment to Lease dated June 25, 2012, (b) that certain Second Amendment to Lease dated March 2, 2015, (c) that certain Third Amendment to Lease dated May 8, 2016, and (d) that certain Fourth Amendment to Lease dated May 24, 2017, of commercial real property located at 417 Great Oak Dr., Waite Park, Minnesota | West River Business Park Partnership LLP<br>800 Industrial Dr South Ste 206<br>Sauk Rapids, MI 56379<br><br>West River Business Park LLC<br>800 Industrial Dr South<br>STE 206<br>Sauk Rapids, MN 56379<br><br>West River Business Park Partnership<br>800 Industrial Dr South<br>Ste # 206<br>Sauk Rapids, MN 56379 | $0 |
| Industrial Lease Agreement dated February 1, 2007, by and between AcuSport Corporation, as tenant, and Colfin 2017-10 Industrial Owner, LLC, successor in interest to TPRF III/Central Valley Industrial, LLC, as landlord, as amended by: (a) that certain First Amendment to Lease dated April 1, 2012, (b) that certain Second Amendment to Lease dated April 24, 2015, and (c) that certain Third Amendment to Lease dated January 8, 2018, of commercial real property located at 3015 South 1030 West, Salt Lake City, Utah | Colfin Cobalt I-II Owner LLC Asset Manager<br>13727 Noel Rd<br>STE 750<br>Dallas TX 75240<br><br>Colfin 2017-10 Industrial Owner LLC<br>P.O. Box 209263<br>Austin, TX 78720-9263 | $6,407.90 |
| Software License and Maintenance Agreement by and between<br>AcuSport Corporation and Chrono-Logic Services Conseils en<br>Informatique Inc. ("Chrono-Logic").<br>Invoice 99575 from Chrono-Logic, dated May 15, 2017 | Chrono-Logic<br>520 St-Pierre<br>St-Roch-De-Richelieu, QC J0l 2mo<br>Canada<br><br>Chronologic<br>1100 Boule Cemazie<br>Ste 600<br>Montreal, QC H2p 2x2<br>Canada | $0 |
| Signed Agreement by and between Dematic Corp. and AcuSport Corporation.<br>Invoice No. 900929948, dated January 30, 2018, from Dematic Corp.<br>Agreement Change Order, dated May 30, 2017, by and between Dematic Corp. and AcuSport Corporation.<br>Agreement relating to Project No. 124848 Rev B, dated July 10, 2013, by and between Dematic Corp. and AcuSport Corporation.<br>Service Agreement No. 137412 Rev D, relating to Dematic Managed Services Program Proposal dated January 30, 2017, by and between Dematic Corp. and AcuSport Corporation. | Dematic Corp.<br>507 Plymouth Ave NE<br>Grand Rapids, MI 49505<br><br>Dematic Corp.<br>684125 Network Pl<br>Chicago, IL 60673-1684 | $77,410.90 |

| | | |
|---|---|---|
| Task Order by and between AcuSport Corp. and EAE Global Technologies, dated as of April 26th, 2016 | EAE Global Technologies<br>4218 Scenic Valley LN<br>Sugar Land, TX 77479 | $12,000 |
| Agreement, dated as of August 18, 2014, by and between AcuSport Corporation and eComSystems, Inc., relating to the "Customer Link Exchange." For the avoidance of doubt, the adVantage AdStudio and AdViewer Software Hosting Agreement is not being assigned to Buyer.<br>Invoice No. LIC-18139, dated March 1, 2018, by and between eComSystems, Inc. and AcuSport Corporation (partial). | eComSystems, Inc<br>8237 Vicela Dr.<br>Sarasota, FL 34240<br><br>eComSystems, Inc<br>5621 Strand Blvd Ste 211<br>Naples FL 34110<br><br>eComSystems, Inc<br>P.O. Box 112575<br>Naples, FL 34108 | $43,750.00 |
| HelpSystems, LLC (Customer Number 00039641) Software License and Services Agreement, undated, by and between HelpSystems, LLC and AcuSport Corporation.<br>Invoice No. V0000049825, dated November 4, 2017.<br>Invoice No. V0000037152, dated July 2, 2017.<br>Invoice No. V0000054694, dated December 2, 2017.<br>Invoice No. V000039146, dated August 6, 2017. | Help Systems Inc.<br>NW 5955<br>P.O. Box 1450<br>Minneapolis, MN 55485-5955<br><br>HelpSystems, LLC<br>6455 City West Pkwy<br>Eden Prarie, MN 55344 | $0 |
| IBM (Customer Number 0041052-00)<br>Invoice No. 8784612 for Distributed Software, dated March 14, 2017, from IBM Corporation. | IBM<br>1 New Orchard Rd.<br>Armonk, NY 10504<br><br>IBM<br>P.O. Box 643600<br>Pittsburgh, PA 15264-3600<br><br>IBM Corporation<br>3039 E Cornwallis Rd.<br>Rsrch Tri Pk, NC 27709 | $0 |
| Information Builders Contract Nos. 613P.01 – Acusport Corp, 613P.02 – Acusport Corp, 613P.03 – Acusport Corp, 613P.04 – Acusport Corp, 613P.05 – AcuSport Corporation<br>Master Software License Agreement for IBI System Program Products dated December 31, 2006 between AcuSport Corporation and Information Builders, Inc., as modified by (a) that certain One-Time License Rider dated as of December 31, 2006; (b) that certain One-Time License Rider dated as of March 12, 2012; and (c) that certain One-Time License Rider dated as of April 30, 2015.<br>Invoice No. 1122727, dated November 10, 2017. | Information Builders Inc.<br>Two Penn PLZ<br>New York, NY 10121-2898<br><br>Information Builders Inc.<br>P.O. Box 360604<br>Pittsburgh, PA 15251-6604 | $0 |

| | | |
|---|---|---|
| JDA Software Inc.<br>• Schedule 3-A Dated 27 June 2006 For Advanced Warehouse Replenishment, Planning, Booking, Online Forward Buy, and Projections<br>• Schedule 1-A Dated 31 March 2003 For Client Server User Interface<br>• Schedule 2-A Dated 28 December 2004 For Overstock Transfer<br>• Schedule 3-A Dated 27 June 2006 For Export Report to Excel<br>• Invoice No. 180205910, dated April 2, 2018. | JDA Software Group Inc.<br>15059 N Scottsdale Rd<br>STE 400<br>Scottsdale, AZ 85254 | $1,632 |
| Lansa – Maintenance Services Invoice No. INV002893 Dated March 15, 2018 | Lansa<br>6762 Eagle Way<br>Chicago, IL 60678<br><br>Lansa Inc.<br>2001 Butterfield Road<br>Suite 102<br>Downers Grove, IL 60515 | $3,204 |
| Lansa – Maintenance Services Invoice No. 0042527 Dated May 11, 2017 | Lansa<br>6762 Eagle Way<br>Chicago, IL 60678<br><br>Lansa Inc.<br>2001 Butterfield Road<br>Suite 102<br>Downers Grove, IL 60515 | $1,475 |
| Software License, Services, Support and Enhancements Agreement by and between AcuSport Corporation and Manhattan Associates, Inc. dated as of March 11, 2013 Manhattan Associates Invoice No. 374532 | Manhattan Associates, Inc.<br>P.O. Box 405696<br>Atlanta, GA 30384-5696<br><br>Manhattan Associates, Inc<br>2300 Windy Ridge Pkwy 10th Fl<br>Atlanta, GA 30339 | $972.73<br><br>$95,968.59 |
| Guaranteed Maintenance Agreement dated as of April 14, 2017 by and between AcuSport Corporation and Modern Office Methods | Modern Office Methods<br>4747 Lake Forest Dr.<br>Cincinnati, OH 45242 | $0 |
| Service Agreement 12894 by and between Service Express, Inc. and AcuSport Corporation dated as of September 1, 2017 | Service Express Inc.<br>3854 Broadmoor Ave. SE<br>Grand Rapids, MI 49512 | $0 |

| | | |
|---|---|---|
| Services Agreement by and between AcuSport Corporation and ToolBox Solutions Inc. (SPS Commerce) | SPS Commerce Canada Ltd<br>44 Peel Centre Dr<br>Ste 300<br>Brampton, ON L6t 45b<br>Canada<br><br>SPS Commerce Inc<br>P.O. Box 205782<br>Dallas, TX 75320-5782<br><br>Toolbox Solutions Inc.<br>Suite #2, 126 Devon Rd<br>Brampton, Ontario  L6T 5B3<br>Canada<br>Attn: Marenos Papadopoulos, General Manager | $2,815 |
| Third Party Software Order Form No. 1 made as of October 1, 2016 between Stibo Systems, Inc. and AcuSport Corporation pursuant to the Software License and Services Agreement executed on March 26, 2006.<br>Order Form made as of January 23, 2017 between Stibo Systems Inc. and AcuSport Corporation pursuant to the Stibo Software License and Services Agreement executed on April 3, 2006.<br>Invoice No. 61408566 (Subscription No. 6160002 – STEP Support Fee), dated January 5, 2018, from Stibo Systems Inc. | Stibo Systems Inc.<br>3550 George Busbee Pkwy NW<br>Suite 350<br>Kennesaw, GA 30144 | $22,781 |
| TAA Tools Inc. Account No. 0128527<br>Invoice No. 4704201, dated March 1, 2018, from TAA Tools, Inc.<br>Software License Agreement by and between TAA Tools, Inc. and AcuSport Corporation. | TAA Tools Inc<br>2660 Superior Dr NW<br>STE 101<br>Rochester, MN 55901-8383 | $1,285 |
| Vanguard Systems, Inc. Invoice No. 10930 dated July 5, 2017<br>Software License Agreement, dated May 15, 2010, by and between Vanguard Systems, Inc. and AcuSport Corporation.<br>Support Agreement, dated May 15, 2010, by and between Vanguard Systems, Inc. and AcuSport Corporation | Vanguard Systems Inc<br>2901 Dutton Mill Rd<br>STE 220<br>Aston PA 19014 | $0 |
| Equipment Lease Agreement by and between AcuSport Corporation and Wells Fargo Financial Leasing, Inc. dated as of April 14, 2017. | Wells Fargo Financial Leasing, Inc.<br>800 Walnut, 4th Floor<br>Des Moines, Iowa 50309 | $0 |
| License Agreement by and between AcuSport Corporation and Easy Metrics Inc. (Labor Management System License) | Easy Metrics Inc<br>371 NE Gilman Blvd<br>Issaquah, WA 98027 | $0 |
| Contract Agreement, dated February 21, 2017 (as amended by Addendum dated August 1, 2017), by and between Genric Inc. and AcuSport Corporation.<br>Contract for the Supply of Security Services, dated March 6, 2018, by and between Genric Inc. and AcuSport Corporation.<br>Invoice No. ACUSP057, dated May 14, 2018, from Genric Inc. | Genric Inc.<br>433 Allenby Drive<br>Marysville, OH 43040 | $0 |